Case: 4:07-cr-00190-WAP-DAS Doc #: 30 Filed: 12/29/11 1 of 1 PageID #: 53

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

**RECEIVED**
DEC 29 2011
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Julius McCullum | ) | Case No: 4:07CR00190-P |
| | ) | USM No: 14116-042 |
| Date of Original Judgment: 02/17/2010 | ) | |
| Date of Previous Amended Judgment: | ) | Gregory S. Park |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **135** months is reduced to **120** months.
This order becomes effective on the date(s) listed below. If the sentence imposed is less than the term already served, the sentence is reduced to a "time served" sentence.

Except as otherwise provided, all provisions of the judgment dated February 17, 2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/16/2011

*Judge's signature*

Effective Date:
*(if different from order date)*

W. ALLEN PEPPER, JR., U.S. DISTRICT JUDGE
*Printed name and title*